

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00667-CR

Raymond Sandoval **GARCIA**,
Appellant
v.
The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 383282
Honorable Genie Wright, Judge Presiding

## O R D E R

On February 11, 2014, we abated this appeal for the trial court to conduct a hearing and make findings of fact regarding the circumstances surrounding the filing of the notice of appeal. The trial court's findings of fact and a record of the hearing have been filed.

We **reinstate** the appeal on the docket of this court. The trial court found that sentence was imposed on August 2, 2013. The notice of appeal was therefore due September 3, 2013. *See* TEX. R. APP. P. 4.1, 26.2(a)(1). The trial court found that trial counsel deposited the notice of appeal in the mail on September 3, 2013, but after 5:00 p.m., and the record reflects the notice of appeal was received and file-stamped by the trial court clerk on September 5, 2013. We conclude the notice of appeal was timely filed. *See Taylor v. State*, No. PD-0180-13, 2014 WL 440990, at *4 (Tex. Crim. App. Feb. 5, 2014).

We **retain** the appeal on the docket and **order** the court reporter, Paula J. Cloud, to file the reporter's record by **April 21, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court